**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Joseph G. Bolds<br><br>　　　　　　　Defendant. | Case No. 3:20-po-0226 |

　　　　IT IS ORDERED that Defendant, Joseph G. Bolds, be released from federal custody.

Dated: June 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE